UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1710
_____

MARCEL NICOLE INGRAM,
                                     Appellant

v.

THE HONORABLE GEORGE DUNBAR, In his individual capacity; THE
HONORABLE ERIC DAVANZO, In his individual capacity; JOCOB SMELTZ, In his
individual capacity; JORDAN GOUKER, In his individual capacity; WILLIAM
SCHALLER, In his individual capacity; JILL VECCHIO, Esq., In her individual
capacity; CANDICE MITCHELL, In her individual capacity; LISA ZAUCHA, In her
individual capacity; ALICIA MCGHEE, In her individual capacity
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(Case No. 2-22-cv-1594)
District Judge: Honorable Marilyn J. Horan
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
January 30, 2024

Before: CHAGARES, *Chief Judge*, RESTREPO and FREEMAN, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on January 30, 2024.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the said District Court entered on April 13, 2023, is hereby REVERSED and REMANDED for further proceedings.

Each party shall bear its own costs.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: April 10, 2024