IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARCEL NICOLE INGRAM,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE HONORABLE GEORGE DUNBAR, et al.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 2:22-cv-1594** |

## STIPULATION OF DISMISSAL

Plaintiff, MARCEL NICOLE INGRAM, and Defendants, THE HONORABLE GEORGE DUNBAR, et al., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that this action shall be DISMISSED with prejudice. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

/s/ Nicholas W. Kennedy
Nicholas W. Kennedy, Esq. (Pa. 317386)

KENNEDY LAW, LLC
245 Fort Pitt Blvd.
Pittsburgh, PA 15222
Phone: (412) 212-6465
nicholas@kennedylawpgh.com

*Attorney for Plaintiff*

/s/ M. Abbegael Giunta
M. Abbegael Giunta, Esq. (Pa. 94059)
Adam L. Santucci, Esq. (Pa. 307058)

McNEES WALLACE & NURICK LLC
100 Pine Stret, P.O. Box 1166
Harrisburg, PA 17108-1116
Phone: (717) 232-8000
Fax: (717) 237-5300
agiunta@mcneeslaw.com
asantucci@mcneeslaw.com

*Attorneys for Defendants*

It is so ordered this 22nd day of July, 2025.

*[signature: Marilyn J. Horan]*
Marilyn J. Horan
United States District Judge